# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JOSE TRUJILLO, | Case No. 1:18-cv-00880-AWI-EPG |
|---|---|
| Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| BALJIT SINGH SIDHU, *et al.*, | (ECF No. 9) |
| Defendants. | |

On October 10, 2018, Plaintiff Jose Trujillo filed a notice of voluntary dismissal of the entire action with prejudice. (ECF No. 9.) Defendant has not filed an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 11, 2018**        /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1